### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**PINNACLE BIOFUELS, INC.**                                                **PLAINTIFF**

**V.**                                **5:08CV00242-WRW**

**BIOVERSEL and PATRIOT FUELS, LLC.**                        **DEFENDANTS**

### ORDER

On September 5, 2008, Plaintiff filed a "Notice of Waiver of Claim of Interest in Biodiesel Fuel Stored at Patriot Fuels, LLC" (Doc. No. 12). This "Notice" reads:

> 1. Plaintiff does not claim an interest in any of the biodiesel fuel stored at Patriot Fuels, LLC in Stuttgart, Arkansas, which was the subject of the state court litigation, and consents to the immediate release of all such fuel to Defendant, Bioversel.
>
> 2. Plaintiff agrees and consents to entry of an order dismissing its complaint for declaratory relief against all Defendants.[1]

Based on this concession, Defendant Patriot Fuels LLC's Motion to Dismiss (Doc. No. 13) is GRANTED and Defendant Patriot Fuels is DISMISSED.

Since Bioversel has a pending counterclaim, this case will remain open, and I await Defendant's response to Plaintiff's Motion to Remand.

IT IS SO ORDERED this 9th day of September, 2008.

                                                       /s/Wm. R. Wilson, Jr.
                                              UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 12.