IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**PINNACLE BIOFUELS, INC.**                                                                                      **PLAINTIFF**

**v.**                                       **5:08-CV-00242-WRW**

**BIOVERSEL TRADING, INC.,** *et al.*                                                            **DEFENDANTS**

## ORDER

Based on the parties' December 22, 2008, Notice of Settlement and Stipulation of Dismissal With Prejudice (Doc. No. 25), this CASE is DISMISSED with prejudice.

IT IS SO ORDERED this 29th day of January, 2009.


                                                  /s/ Wm. R. Wilson, Jr.
                                                UNITED STATES DISTRICT JUDGE